# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCOS ANTONIO RIOS-MONTOYA (2),<br><br>　　　　　Defendant. | Case No. 07CR0693-H<br><br>Booking No. 00575-298<br><br>JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Marcos Antonio Rios-Montoya. The defendant is hereby discharged as to this case only and the bench warrant issued on April 23, 2007 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 30, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-